JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RACHEL DATO GARCIA, | Case No. 2:18-cv-10162-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: December 06, 2019

_____
JOHN D. EARLY
United States Magistrate Judge